```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0142--CV (JKS)
                "RUSSELL SHETTERS III V DEPT OF CORRECTIONS ET"

          Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(4)
             Filed: 07/13/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: In Forma Pauperis
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | SHETTERS, RUSSELL III | Mary C. Geddes<br>Federal Public Defender<br>550 W. 7th Avenue, Suite 1600<br>Anchorage, AK 99501<br>907-646-3400<br>FAX 907-646-3408 |
| DEF 1.1 | DEPT OF CORRECTIONS | No counsel found for this party! |
| DEF 2.1 | SCHMIDT, JOE | Michael Sean McLaughlin<br>OSPA<br>310 K Street, Suite 308<br>Anchorage, AK 99501<br>907-269-6250<br>FAX 907-269-6270 |
| DEF 3.1 | DEPUTY COMMISSIONER | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0142--CV (JKS)
           "RUSSELL SHETTERS III V DEPT OF CORRECTIONS ET"

                        For all filing dates
```

```
  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  4(4)
           Filed:  07/13/04
          Closed:  NO

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (530) Habeas Corpus: General
                   28:2254
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: In Forma Pauperis
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 07/13/04 | Complaint filed w/att. |
| 2 - 1 | 07/27/04 | JKS Order to amend; plf must either pay the $5.00 filing fee or an appl to waive prepayment of the filing fee and amend his pet by 08/25/04, otherwise action will be dism w/o further notice; plf shall also file req for appt of cnsl or notice of intent to proceed w/o cnsl by 08/25/04. cc: cnsl w/PS10, PS03, mot to stay, USDCA 40, CJA 23, notice of intent to proceed w/o cnsl, & handbook, PSLC |
| 3 - 1 | 08/13/04 | PLF 1 motion (application) for appointment of counsel w/att fin aff. |
| 4 - 1 | 08/13/04 | PLF 1 motion to stay habeas action. |
| 5 - 1 | 08/23/04 | JKS Minute Order re pltf is cautioned that if the crt does not receive the $5.00 flg fee or app to waive prepymt of flg fee as ordreed that case will be dsmss w/o further notice. cc: cnsl |
| 6 - 1 | 09/02/04 | JKS Order directing service and response.  The office of special prosecution and appeal will accept service on behalf of the respondent. The clerk is directed to serve a copy of the petition at dkt 1 on D. Kossler Office of Special Prosecutions & Appeals. Cnsl for Shetters to file an amended § 2254 petition by 10/1/04.  In the alternative cnsl for Shetters shall file a notice of voluntary dismissal w/out prejudice. The crt will rule on the mot to stay his is yet-to-be filed amnd petition, after cnsl fully complies with this order.  This case is referred to MJ Branson, pursuant to LMR 4(4).  The application for appointment of counsel at dkt 3 is granted, FPD shall designate consel from the CJA Panel.  cc: cnsl, D. Kossler w/att cy of petition, MJ Branson, PSLC, FPD (CJA Clerk)  w/cy of petition |
| 7 - 1 | 09/10/04 | DEF 2 Attorney Appearance of M McLaughlin (AAG-308). |
| 8 - 1 | 10/04/04 | PLF 1 Unopposed motion for extension of time to file amended petition. |
| 9 - 1 | 10/14/04 | AHB Order granting motion Unopposed motion for extension of time to file amended petition (8-1); amended pet due COB 10/28/04.  cc: cnsl |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                           CIVIL DOCKET ENTRIES FOR CASE A04-0142--CV (JKS)
                            "RUSSELL SHETTERS III V DEPT OF CORRECTIONS ET"

                                          For all filing dates


 Document #    Filed       Docket text

     10 -  1   10/14/04    PLF 1 Unopposed motion to extend time for filing amended petition (to
                           11/29/04).

     11 -  1   10/19/04    JDR Order granting unopposed motion to extend time for filing amended
                           petition (to 11/29) (10-1).  cc: cnsl, Mj Branson

     12 -  1   11/29/04    PLF 1 Unopposed motion to extend time until 12/20/04 for filing amended
                           petition.

     13 -  1   12/01/04    AHB Order granting unoppo mot to extend time until 12/20/04 for filing
                           amended pet (12-1). cc: cnsl

     14 -  1   12/20/04    PLF 1 motion for one day additional time to file amended petition.

     15 -  1   12/21/04    AHB Order granting motion for one day additional time to file amended
                           petition (14-1); amended pet due 12/21/04; no further extensions will be
                           granted w/o a showing of good cause. cc: cnsl

     16 -  1   12/21/04    PLF 1 Petition for Writ of H/C per 28:2254(Amended).

     17 -  1   01/04/05    AHB Minute Order that petitioner directed to notify crt by 1/14/05
                           whether he wishes to w/draw mot to stay (4-1).  cc: cnsl

     18 -  1   01/14/05    PLF 1 Response to Order at dkt #17.

     18 -  2   01/14/05    Clerk's Notice withdrawing motion to stay habeas action (4-1).

     19 -  1   01/19/05    AHB Order directing response; respondent's answer/other responsive
                           pleading due 2/18/05.  cc: cnsl

     20 -  1   02/14/05    PLF 1 motion (2nd) to stay proceedings (filed on shortened time).

     21 -  1   02/16/05    AHB Order granting motion (2nd) to stay proceedings (filed on shortened
                           time) (20-1).  cc: cnsl

     22 -  1   02/23/05    DEF 2 motion for reconsideration of court's order staying case (doc
                           #21).

     22 -  2   02/23/05    DEF 2 opposition to PLF 1 motion (2nd) to stay proceedings (filed on
                           shortened time) (20-1).

     23 -  1   03/10/05    AHB Order granting motion for reconsideration of court's order staying
                           case (doc #21) (22-1); reactivating motion (2nd) to stay proceedings
                           (filed on shortened time) (20-1).  The court construes the motion for
                           reconsideration as an oppo to the second mot for stay.  Petitioner is
                           directed to file a reply to the oppo by the cob 3/21/05. cc: cnsl

     24 -  1   03/15/05    PLF 1 reply to opposition to PLF 1 motion (2nd) to stay proceedings
                           (filed on shortened time) (20-1).

     25 -  1   03/21/05    AHB Order re status hrg set for 4/4/05 at 10:00 a.m. cc: cnsl

     26 -  1   04/05/05    AHB Court Minutes [ECR: Linda Christensen] re Status Hrg (held 4/4/05);
                           mot for stay (at dkt 20) GRANTED.  cc: cnsl, Judge Singleton

     27 -  1   06/08/05    JDR Minute Order in light of retirement of MJ Branson & at the direction
                           of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc:

ACRS: R_VDSDX                   As of 12/01/05 at 3:16 PM by GARRY                        Page 2
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A04-0142--CV (JKS)
                    "RUSSELL SHETTERS III V DEPT OF CORRECTIONS ET"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | cnsl, Judge Singleton |
| 28 - 1 | 09/23/05 | JDR Minute Order that stat rpt due by 10/3/05. cc: cnsl |
| 29 - 1 | 10/03/05 | PLF 1 Status Report. |
| 30 - 1 | 10/03/05 | JDR Minute Order that further stat rpt due by 11/7/05. cc: cnsl |
| 31 - 1 | 11/07/05 | PLF 1 Status Report. |
| 32 - 1 | 11/08/05 | JDR Minute Order that further stat rpt due by 12/8/05. cc: cnsl |