FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC -7 AM 10: 52

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>             Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>             Respondent. | Case No. A04-0142 CV (JKS)<br><br>**STATUS REPORT** |

COMES NOW THE PETITIONER, RUSSELL SHETTERS III, by and through counsel Mary C. Geddes, Assistant Federal Defender, and files this status report. This federal case is stayed pending the litigation of related matters in state court.

As indicated previously, the undersigned confirmed that Mr. Shetters filed a Rule 35.1 motion, pertaining to the state criminal case number 3ANS-96-5069 CR with the state court system on December 21, 2004. The case is assigned to Superior Court Judge Craig Stowers. In reviewing the pertinent state court computer databases, the undersigned determined that there had been a mix-up of Mr. Shetters' cases, which has no doubt caused

substantial delays. This matter has been brought to the attention of the superior court (see attached letter), and it is expected that Mr. Shetters soon will have legal counsel to represent him on his post-conviction motion.

DATED this 6th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

*/s/ Mary C. Geddes*
Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 7th, 2005, I mailed a copy of Petitioner's Status Report to:

Michael S. McLaughlin, Esq.
Office of Special Prosecutions and Appeals
310 K Street Ste 308
Anchorage, AK 99501

*/s/ Lenora L. Roehling*
Lenora L. Roehling

2