

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy
```

RUSSELL SHETTERS III   v.   SUPERINTENDENT JOE SCHMIDT

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                               CASE NO.  A04-0142 CV (JKS)

Dan Maus

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 7, 2005

The court has received a status report dated December 7, 2005 . The report is accepted.

A further status report shall be filed by counsel for plaintiff on or before January 9, 2006 , unless closing papers are sooner filed.

A04-0142--CV (JKS)    am 12-8-05
-----------------------------------
T. MCLAUGHLIN (AAG-308)
T. GEDDES (FPD)

[]{IIA4.WPD*Rev.12/96}

34