Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>                      Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>                Respondent. | Case No.  A04-0142 CV (JKS)<br><br>**STATUS REPORT** |

Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, files this status report.  This federal case is stayed pending the litigation of related matters in state court.  The undersigned has been tracking the state court post conviction proceeding, 3AN-05-04567 CI, through the Court View database.  It reflects that the Superior Court has now appointed post-conviction relief counsel, Marjorie Mock of the State Public Defender Agency.  No pleading has yet been filed by Ms. Mock.

DATED this 10th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on January 10, 2006, a copy of the
foregoing document was served by mail on:

Michael S. McLaughlin, Esq.
Office of Special Prosecutions and Appeals
310 K Street Ste 308
Anchorage, AK  99501

/s/ Mary C. Geddes