Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>               Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>               Respondent. | Case No. 3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

       Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this status report.[1]  This federal case is stayed pending the litigation of related matters in state court.  The undersigned has been tracking the state court post-conviction proceeding, 3AN-05-04567 CI, through the Court View database.  Mr. Shetters' state court post-conviction relief action is still in its earliest stages.  The Alaska Public Defender Agency was appointed his counsel on December 16, 2005, but the Agency has since moved to

---

[1] The undersigned apologizes for this late report.

withdraw from representation. That order was signed on February 23, 2006. Mr. Shetters told me yesterday that he does not yet know which attorney will represent him in the state court action.

DATED this 1st day of March, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 1, 2006, a copy of the foregoing document was mailed to:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
 and Appeals
310 K Street, Suite 308
Anchorage, AK  99501

/s/ Mary C. Geddes