Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>　　　　　Respondent. | Case No. 3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

　　　　Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this status report.  This federal case is stayed pending the litigation of related matters in state court.  The undersigned has been tracking the state court post-conviction proceeding, 3AN-05-04567 CI, through the Court View database.  Mr. Shetters' state court post-conviction relief action is still in its earliest stages.  There are no pending motions.  The Public Defender Agency has withdrawn from the case.  Although Mr. Shetters has requested the appointment of another attorney, the court has thus far rejected his motion as deficient.

DATED this 5th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on  July  5, 2006, a copy of the
foregoing document was served electronically on:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
 and Appeals

/s/ Mary C. Geddes