Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>    Respondent. | Case No. 3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

    Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this status report as required by this court's order. This federal case is stayed pending the litigation of related matters in state court.

    The undersigned has been tracking the state court post-conviction proceeding, 3AN-05-04567 CI, through the Court View database. Additionally, she has spoken to the chambers of the assigned state superior court judge, Judge Craig Stowers.

    From these contacts it appears as though there has been absolutely no action taken in Mr. Shetters' state court post-conviction relief action since counsel's last status report. It is

still in its earliest stages. As reported previously, as of September 7, 2006, the Superior Court approved Mr. Shetters' application for counsel; however, that appointment was conditioned on approval by the court's administrative director. Although the state court administrator thereafter approved the request, apparently, the ball stopped rolling at that point and no appointment was made. Now that the matter has been brought to the attention of Judge Stowers (by the undersigned), an attorney assignment is soon anticipated.

DATED this 20th day of December 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on December 20, 2006, a copy of the foregoing document was served electronically on:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
 and Appeals

/s/ Mary C. Geddes