Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>             Petitioner,<br><br>     vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>             Respondent. | Case No.  3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

       Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this status report as required by this court's order.  This federal case is stayed pending the litigation of related matters in state court.

       The undersigned has been tracking the state court post-conviction proceeding, 3AN-05-04567 CI, through the Court View database.  According to both Mr. Shetters and the database, it is apparent that there has been no briefing on the merits as yet.  The case is still in its earliest stages.  As of February 13, 2007, and over objection by the State, the Superior Court

permitted the Office of Public Advocacy to withdraw from Mr. Shetters' representation. The database does not indicate that substitute counsel has been appointed.

DATED this 14th day of March 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on March 14, 2007, a copy of the
foregoing document was served electronically on:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
 and Appeals


/s/ Mary C. Geddes