Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>                    Petitioner,<br><br>        vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>                    Respondent. | Case No.  3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

        Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant

Federal Defender, hereby files this status report as required by this court's order.  This federal

case is stayed pending the litigation of related matters in state court.

        The undersigned has been tracking the state court post-conviction proceeding,

3AN-05-04567 CI, through the Court View database.  According to both Mr. Shetters and the

database, it is apparent that there has been no briefing on the merits as yet.  The case is still in

its earliest stages.  As of February 13, 2007, and over objection by the State, the Superior Court

permitted the Office of Public Advocacy to withdraw from Mr. Shetters' representation.  The

undersigned has contacted the chambers of the assigned Superior Court Judge Craig Stowers. His

clerk has informed the undersigned that the Court expects to soon assign a private attorney to

represent Mr. Shetters in this matter.

DATED this 15th day of June 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:
I certify that on June 15th, 2007,
a copy of the foregoing document
was served electronically on:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
    and Appeals

/s/ Mary C. Geddes