Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>           Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>           Respondent. | Case No. 3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

    Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files a status report. This federal case is stayed pending the litigation of related matters in state court.

    The undersigned has been tracking the state court post-conviction proceeding, 3AN-05-04567 CI, through the Court View database and through occasional contacts with staff in the chambers of the assigned judge, the Honorable Craig Stowers.  Today, Judge Stowers' office confirmed that nothing has occurred in this case for months. Although the judge was apparently given the administrative green light, as of June 28, 2007,  to appoint a conflict attorney in Mr. Shetters' post conviction relief case, the judge's staff was unaware that the approval had

been given. Therefore no attorney has been appointed and no briefing has been done. Judge Stowers' secretary informed the undersigned that she will be contacting attorneys to determine if they will represent Mr. Shetters.

DATED this 26th day of September, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER

FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes

Assistant Federal Defender

Alaska Bar No. 8511157

601 West 5th Avenue, Suite 800

Anchorage, AK  99501

Ph:  (907) 646-3400

Fax:  (907) 646-3480

mary_geddes@fd.org

Certification:

I certify that on June 15th, 2007, a copy of the foregoing document was served electronically on:

Michael Sean McLaughlin, Esq.

2

Office of Special Prosecutions
  and Appeals


/s/ Mary C. Geddes