Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>                    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>                    Respondent. | Case No. 3:04-cv-0142-TMB<br><br>**STATUS REPORT** |

        Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files a status report as requested by the magistrate-judge. This federal case was stayed pending the litigation of related matters in state court. Counsel filed her last status report with this district court in January 2008, stating that *this case should go forward* because Mr. Shetters' related state court case had not progressed at all.[1] Counsel is unaware of any subsequent order since that time.

---

[1] Counsel has contacted Judge Stowers' office and was told that since last July (2007) his staff has been seeking the appointment of counsel for Mr. Shetters.

DATED this 18th day of April, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on April 18, 2008,
a copy of the foregoing document
was served electronically on:

Michael Sean McLaughlin, Esq.
Office of Special Prosecutions
   and Appeals

/s/ Mary C. Geddes