```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

  RUSSELL SHETTERS, III       vs. DEPARTMENT OF CORRECTION,et al

BEFORE THE HONORABLE JOHN D. ROBERTS   CASE NO. 3:04-CV-000142-TMB

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

APPEARANCES:    PLAINTIFF:    MARY C. GEDDES - TELEPHONIC

                DEFENDANT:    MICHAEL MCLAUGHLIN

PROCEEDINGS: STATUS CONFERENCE HELD MAY 8, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard re Status of Case, and State of Alaska case.

Court and counsel heard re Previous Order of the Court to Stay all Motion Practice; Stay is lifted only re Defendant's Motion to Dismiss.

Court ordered Mr. Mclaughlin to file Motion to Dismiss on or before **May 22, 2008.**

Court ordered Ms. Geddes to file Opposition to Motion to Dismiss on or before **June 9, 2008.**

Court ordered Mr. Mclaughlin to file Reply to Opposition to Motion to Dismiss on or before **June 19, 2008.**

At 1:47 p.m. court adjourned.

DATE:      May 8, 2008     DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07