Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, AK  99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: Michael.McLauglin@alaska.gov


Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| RUSSELL SHETTERS III, | ) | |
| | ) | |
| Petitioner, | ) | Case No. A04-0142 CV (JKS) |
| | ) | |
| vs. | ) | RESPONDENT'S MOTION FOR |
| | ) | SEVEN-DAY EXTENSION OF |
| | ) | TIME TO FILE MOTION TO |
| | ) | DISMISS APPLICATION AS |
| | ) | BARRED BY STATUTE-OF- |
| | ) | LIMITATIONS |
| SUPERINTENDENT | ) | |
| JOE SCHIMDT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

The Respondent, Joe Schmidt, by and through Assistant Attorney

General Michael Sean McLaughlin, requests that this court grant a seven-day

extension of time for the Respondent to file a motion to dismiss Shetters'

application as barred by the statute of limitations.

This motion is supported by the accompanying affidavit of

counsel.

DATED this 22nd day of May, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL OF
THE STATE OF ALASKA

s/ Michael S. McLaughlin
Assistant Attorney General
Office of Special Prosecutions and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
e-mail: Michael.McLaughlin@alaska.gov
Alaska Bar. No. 8106036

### Certificate of Service

I certify that on May 22, 2008, a copy of the foregoing
**Respondents Motion for Seven-Day Extension of
Time to File Motion to Dismiss Application as
Barred by Statute of Limitations** was served
electronically on **Mary Geddes**

s/ **Michael S. McLaughlin**

2