IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RUSSELL SHETTERS III,    )
    )
    Petitioner,    )    Case No. A04-0142 CV (JKS)
    )
vs.    )
    )
    )
SUPERINTENDENT    )
JOE SCHIMDT,    )    **PROPOSED** ORDER GRANTING
    )    EXTENSION
    Respondent.    )
_____)

Upon motion of the Respondent, and the court being duly advised, it is hereby ORDERED:

The respondent's motion requesting a seven-day extension of time to file its motion to dismiss is hereby GRANTED. The motion shall be due on or before May 29, 2008.

Dated this ___ day of _____, 2008, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE/
MAGISTRATE JUDGE