Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike.mclaughlin@alaska.gov

Attorney for Respondent Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT, ) <br> JOE SCHMIDT ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:04-cv-0142-JKS <br><br> <u>RESPONDENT'S MOTION TO</u> <u>ACCEPT LATE-FILED MOTION TO</u> <u>DISMISS HABEAS CORPUS</u> <u>APPLICATION</u> |

The Respondent, Joe Schmidt, by and through Assistant Attorney General Michael Sean McLaughlin, requests that this court accept the respondent's motion to dismiss this habeas corpus application, filed one day late.

The motion is supported by the accompanying affidavit of counsel.

DATED May 30, 2008, at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

s/ Michael Sean McLaughlin
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: mike.mclaughlin@alaska.gov
   Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on May 30, 2008, a copy of the foregoing Respondent's Motion to Accept Late-Filed Motion to Dismiss Habeas Corpus Application, Affidavit of Counsel and Proposed order was served on Russell Shetters III by regular U.S. mail.

   s/ Michael Sean McLaughlin