IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

RUSSELL SHETTERS III,      )
                                     )
          Petitioner,       )
                                     )
       vs.               )   Case No. 3:04-cv-0142-JKS
                                     )   **PROPOSED**
SUPERINTENDENT,        )   <u>ORDER ACCEPTING MOTION TO</u>
JOE SCHMIDT              )   <u>DISMISS FILED ONE-DAY LATE</u>
                                     )
         Respondent.     )
_____)

      Upon motion of the Respondent, and the court being duly advised, it is hereby ORDERED:

      The respondent's motion to accept its motion to dismiss this petition, filed one day late, is hereby GRANTED.

      Dated this ___ day of _____, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE/
MAGISTRATE JUDGE