Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike.mclaughlin@alaska.gov

Attorney for Respondent Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. 3:04-cv-0142-JKS ) |
| SUPERINTENDENT, JOE SCHMIDT | ) <u>AFFIDAVIT OF COUNSEL</u> ) ) |
| Respondent. | ) ) |

The undersigned, first being duly sworn, deposes and says:

1. I am the assistant attorney general assigned to the above-titled matter.

2. I was unable to complete my motion in this matter because I was unable until late yesterday – the date that it was due – to obtain copies of critical records which needed to be lodged with the court in support of the

motion. Because I was not certain from whom I would be able to get legible copies, I requested files from my own office's archives, and some from the Alaska Court System (where the files had gone to be microfilmed). Those records arrived from both sources yesterday. At that time, it was too late to file this matter.

      Further your affiant sayeth naught.

                                                   _____
                                                   Michael Sean McLaughlin (8106036)

      SUBSCRIBED AND SWORN to before me this 30th day of May, 2008, at Anchorage, Alaska.



                                                   Vivien M. Noll
                                                 Notary Public in and for Alaska