Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike.mclaughlin@alaska.gov

Attorney for Respondent Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, )<br>)<br>    Petitioner, )<br>)<br>vs. )<br>)<br>SUPERINTENDENT, )<br>JOE SCHMIDT )<br>)<br>    Respondent. )<br>_____) | Case No. 3:04-cv-0142-JKS<br><br><u>CORRECTED CERTIFICATE OF<br>SERVICE</u> |

## Certificate of Service

I certify that on May 30, 2008, a copy of the foregoing Respondent's Motion to Accept Late-Filed Motion to Dismiss Habeas Corpus Application, Affidavit of Counsel and Proposed order was served electronically on Mary C. Geddes.

TALIS J. COLBERG
ATTORNEY GENERAL

<u>s/ Michael Sean McLaughlin</u>
   Assistant Attorney General
   State of Alaska, Dept. of Law
   Office of Special Prosecutions
     and Appeals
   310 K St., Suite 308
   Anchorage, Alaska 99501
   Telephone: (907) 269-6250
   Facsimile: (907) 269-6270
   e-mail: mike.mclaughlin@alaska.gov
   Alaska Bar. No. 8106036