Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike.mclaughlin@alaska.gov

Attorney for Respondent Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT, ) <br> JOE SCHMIDT ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:04-cv-0142-JKS <br><br> RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS APPLICATION AS BARRED BY THE STATUTE OF LIMITATIONS |

The Respondent, Joe Schmidt, by and through Assistant Attorney General Michael Sean McLaughlin, requests that this court dismiss Petitioner Shetters' application for a writ of *habeas corpus* because the writ is barred by the one-year statute-of-limitations. By the respondent's calculations, 420 days had run under the statute by the time that Shetters filed his application. Shetters' application was thus filed 55 days too late.

This motion is supported by the accompanying memorandum of facts and law.

DATED May 30, 2008 , at Anchorage, Alaska.

    TALIS J. COLBERG
    ATTORNEY GENERAL

    s/ Michael Sean McLaughlin
        Assistant Attorney General
        State of Alaska, Dept. of Law
        Office of Special Prosecutions
          and Appeals
        310 K St., Suite 308
        Anchorage, Alaska 99501
        Telephone: (907) 269-6250
        Facsimile: (907) 269-6270
        e-mail: mike.mclaughlin@alaska.gov
        Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on May 30, 2008, a copy of the foregoing Respondent's Motion to Dismiss Habeas Corpus Application as Barred by the Statute of Limitations, Memorandum in Support of Motion and Proposed Order was served on Russell Shetters III by regular U.S. mail.

    s/ Michael Sean McLaughlin