IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT, ) <br> JOE SCHMIDT ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. 3:04-cv-0142-JKS <br> **PROPOSED** <br> <u>ORDER DISMISSING</u> <br> <u>APPLICATION FOR POST-</u> <br> <u>CONVICTION RELIEF</u> |

Upon motion of the Respondent, and the court being duly advised, it is hereby ORDERED:

The respondent's motion at Docket ___, asking the court to dismiss Shetters' habeas corpus application as barred by the statute-of-limitations, is hereby GRANTED.

Dated this ___ day of _____, 2008, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE/
MAGISTRATE JUDGE