# In the Court of Appeals of the State of Alaska

## Return of Record

Date: 11/19/98

To: Appeals Deputy Clerk
Superior Court

Re: **Russell Shetters v. State of Alaska**
Trial Court Case # 3AN-96-05069CR
Court of Appeals No. A-06476

In accordance with Appellate Rule 512(a), I am returning the original record on appeal to the trial courts for permanent filing. The record being returned consists of the following:

| | |
|---|---|
| Volumes of record | 1 |
| Volumes of transcripts | 3 |
| Confidential envelopes | 1 |
| Volumes of depositions | 0 |
| Envelopes of exhibits | 0 |
| Other | |

Under Appellate Rules 507(b) and 512(a), jurisdiction of this case is returned to the trial courts effective NOVEMBER 20, 1998.

Upon receipt of the original record, please sign the acknowledgment below and return it to this office.

Receipt of the original record is acknowledged by the superior court.

_____ Date
Deputy Clerk

_____ Signature

Clerk at _____

Kenneth Rosenstein
OSPA
310 K Street #308
Anchorage AK 99501

Distribution:

James LaVecchia
Attorney at Law
1016 Second Street #1
Kenai AK 99611

Return.wpt

Exhibit 3
Page 1 of 1