IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ___Anchorage___

In the Matter of the Application
for Post Conviction Relief Of:

_Russell Shetters_
(Name of Applicant)

)
)
)
)
)
)
)
)

FOR COURT USE ONLY

CASE NO. 3AN 99-9762 CI

APPLICATION FOR POST CONVICTION
RELIEF FROM CONVICTION OR
SENTENCE (CRIMINAL RULE 35.1)

## CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, ___Russell Shetters___, hereby apply for relief under Criminal Rule 35.1.

### PART A

(Please type or print neatly. Also, if possible, please attach a copy of your judgment of conviction.)

The conviction (sentence) from which I seek relief is as follows:

1. Full original case number: ___3AN-S96-5069___

   Case name: ___SOA___    ___Russell Shetters___
   (plaintiff)              (defendant)

2. Court which imposed sentence: ☐ District Court    ☒ Superior Court
   Court Location: ___Anchorage, Alaska___ Name of Judge ___W. Fuld___

3. Date shown in clerk's certificate of distribution on the judgment: ___Dec. 2nd 1996___

4. Date of sentencing and terms of sentence: ___Dec. 2nd 1996, Count 1 - D.W.I___
   ___3 yrs presumptive, Count 2 - Refusal, 3 yrs Presumptive___
   ___Count 3 - D.W.L.S. 365 days w/ 240 Sus. Ran Consecutively___

5. Crime or crimes of which I was convicted: ___Count 1 - D.W.I, Count 2 - Refusal___
   ___Count 3 - D.W.L.S,___

10.35 FF
441760

Page 1 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

**000016**

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit 4
Page 1 of 7

6. I am now ☐ not in custody ☒ in custody at _CCA at Arizona_

7. Mailing address: _CCA/CADC, P.O. Bx. 6200, #Florence, Az. 85232_

8. The finding of guilty was made after a plea of

    ☐ guilty   ☒ not guilty   ☐ nolo contendere

9. Finding was made by ☒ a jury   ☐ a judge

10. Name and address of my lawyer: _Darrel Gardner at office of Public Advocacy_ _and on Appeal Larry Cohen appointed through O.P.A._

    ☐ I was not represented by a lawyer.

11. Lawyer was ☐ employed by me   ☒ appointed by the court

12. Did you appeal your conviction (or sentence)? _Yes_

13. If you answered "yes" to question No. 12 above, state the following:

    a. the name of each court to which you appealed:

       _Court of Appeals_

    b. the result in each court to which you appealed and the date of such result:

       _Don't Know the date, Conviction and ~~Appeal~~_ _Sentance Affirmed._

    c. Did a lawyer represent you on the appeal(s)? _Yes_

       State the name(s) and address(es) of your lawyer(s) on the appeal(s):

       _Larry Cohen appointed through O.P.A. and Darrell Gardner_ _filed Notice of Appeal also of O.P.A_

       Lawyer was: ☐ employed by you   ☒ appointed by the court

14. Have you filed a previous application for post conviction relief in this case? _N/0_

15. Did you seek any other review of or relief from this conviction or sentence (for example, by filing a motion to modify or correct the sentence, or a petition for habeas corpus or coram nobis in this court or any other state or federal court)? _Not Yet._

Page 2 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

000017

AS 12.72.010-.040
Crim. Rule 35.1
Exhibit 4
Page 2 of 7

16. If you answered "yes" to No. 14 or No. 15, state the following:

   a.   each ground for relief which you previously presented:

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   b.   the proceedings in which each ground was raised:

   _____

   _____

   _____

   _____

   _____

   c.   the results of each proceeding and the date of such results:

   _____

   _____

   _____

   _____

   _____

   d.   the name and address of lawyers(s), if any, who represented you in these proceedings
        (separately for each proceeding) _____

   _____

   _____

   e.   lawyer was ☐ employed by me   ☐ appointed by the court

Page 3 of 7                                    000018
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF                                    AS 12.72.010-.040
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)                                Crim. Rule 35.1
                                                                              Exhibit 4
                                                                             Page 3 of 7

PART B

I believe I have grounds for relief from the conviction and sentence described in Part A.

1. My grounds for relief are as follows: (State which parts of Criminal Rule 35.1(a) you believe apply to your case.)

1. I recieved ineffective Assistance of Counsel at the Pretrial, trial, Sentencing, and Appellate stages of the proceedings.

2. the statutes I was convicted and Sentenced under were applied in violation of ex-post-facto provisions of the United States & Alaska Constitutions.

3. I belive I may have other P.C.R. Claims, but wish to Consult w/ legal Counsel as to the merits of these Claims.

2. The facts which support each of the grounds set out above are: (List in the same order as set out in paragraph 1.)

I need the assistance of legal Counsel to properly present Supporting facts to the Court. I do not have adequate access to my Case file due to my incarceration in Arizona.

000019

AS 12.72.010-.040
Crim. Rule 35.1

Exhibit 4
Page 4 of 7

3. I have personal knowledge of the following facts among those listed in paragraph 2: (False statements with regard to facts stated upon your personal knowledge are subject to the penalties for perjury.) _____

_Need Assistance of Counsel. Do not wish to make statement of personal fact and Knowledge based upon only my memory at this time._

4. What evidence, other than your own statements, do you have to prove the facts you stated in paragraph 2 above? (You must attach all affidavits, records or other evidence supporting your allegations or state why they are not attached.)_____

_I believe there is plenty of supporting facts documented in my Case file. I do not have adequate access to my Legal materials and Need the Assistance of a Attorney to present it to the Courts._

Page 5 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

000020

AS 12.72.010-.040
Crim. Rule 35.1
Exhibit 4
Page 5 of 7

PART C

(Fill out this section only if you claim that you are indigent. You must attach a sworn Financial Statement on form CR-206. Note: AS 18.85.100(c) limits the appointment of counsel in post conviction relief proceedings. )

☑ I request that the filing fee be partially waived for this application. I am attaching:

1. a filled out CIV-670 PRISONER REQUEST FOR FILING FEE EXEMPTION,

2. a filled out CR-206 FINANCIAL STATEMENT,

3. a certified copy of my prisoner account statement for the past six months from the Department of Corrections (DOC), and

4. a cover memo from the Department of Corrections listing average monthly deposits and average balance in my account.

☑ I request that the court appoint an attorney to represent me in this proceeding because I cannot afford to pay for one. I understand that:

1. I must provide to the court all financial information requested by the court so the court can decide if I qualify for an appointed attorney. This information may be made available to the Attorney General after the conclusion of this proceeding. If I give false information, it may be used to prosecute me for perjury.

2. If my financial situation changes and I do not report this to the court, the law requires my appointed attorney to do so.

3. If my application for post conviction relief is denied, the court will enter a judgment against me which will require me to pay part of the cost of my appointed attorney.* In most cases the court will use the schedule shown below to determine the amount I will be required to pay. However, in unusual circumstances, the court may enter judgment against me for more or less than the scheduled amount. After the judgment is entered, I may request the court to reduce the amount of the judgment if payment would cause manifest hardship to me or my family.

Schedule of Costs For Court-Appointed Counsel

| Offense of Which Applicant Was Convicted | | | |
|---|---|---|---|
| Misdemeanor | Class B or C Felony | Class A or Unclassified Felony | Murder in the 1st or 2nd Degree |
| $250 | $250 | $500 | $750 |

---

\* Pamphlet CR-204 explaining the benefits and costs of court-appointed counsel is available from the court.

Page 6 of 7
CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

000021

AS 12.72.010-.040
Crim. Rule 35.1
Exhibit 4
Page 6 of 7

## GENERAL WAIVER

If I have requested a court-appointed attorney, I authorize anyone to release to the Alaska Court System all information concerning my assets, liabilities, account balances and any income source I have had for the past three years. This includes but is not limited to all current and past employers, banks, credit and depository institutions, accountants, brokers and credit bureaus.

## VERIFICATION

I, _Russell L. Shelters_, say on oath or affirm that I have read all parts of the foregoing document and believe all statements made in the document are true. I understand that false statements in this application may subject me to prosecution for perjury.

_7-29-99_
Date

_Russell Shelten_
Signature of Applicant

_CCA/CADC P.O. Bx. 6200_
Address
_Florence Az. 85232_

Subscribed and sworn to or affirmed before me at _CCA, CADC Florence AZ_ ~~Alaska~~ on _7-29-99_.

(SEAL)  "OFFICIAL SEAL"
Denise Davis
Notary Public-Arizona
Pinal County
My Commission Expires 12/17/2002

_Denise Davis_
Clerk of Court, Notary Public, or other person authorized to administer oaths.
My commission expires: _12/17/2002_

I certify that on _9-16-99_, a copy of this application was sent to the District Attorney at _Anchorage_, Alaska.

Clerk: _CE_

## Expedited Consideration

Under Criminal Rule 35.1(i), you may move for expedited consideration of this application. Your motion must comply with Civil Rule 77(g).

CR-610 (7/96)(cs)
APPLICATION FOR POST CONVICTION RELIEF
FROM CONVICTION/SENTENCE (CRIMINAL RULE 35.1)

000022

AS 12.72.010-.040

Exhibit 4
Page 7 of 7