# In the Supreme Court of the State of Alaska

Russell Shetters, )
)                    Supreme Court No. **S-11308**
)
Petitioner, )
)
v. )                    **Order**
)                    Petition for Hearing
**State of Alaska**, )
)
Respondent. )            Date of Order: **3/8/04**
)

Trial Court Case # **3AN-99-09762CI**
Court of Appeals # **A-8297**

Before: Bryner, Chief Justice, and Matthews, Eastaugh, Fabe, and Carpeneti, Justices

On consideration of the petition for hearing filed on 12/8/03, and the response filed on 1/7/04,

**IT IS ORDERED**:

The petition is **DENIED**.

Entered by the direction of the court.

Clerk of the Appellate Courts

*Marilyn May*

Marilyn May

cc:    Supreme Court Justices
COA Judges
Judge Hensley
Central Staff
Trial Court Appeals Clerk
Distribution:
Gayle J Brown
Attorney at Law
750 West Second Avenue  #207
Anchorage AK 99501

Michael S McLaughlin
OSPA
310 K Street #308
Anchorage AK 99501

Exhibit 5
Page 1 of 1