Michael Sean McLaughlin
Assistant Attorney General
Office of Special Prosecutions
and Appeals
310 K Street, Suite 308
Anchorage, Alaska 99501
Telephone: (907) 269-6250
Facsimile: (907) 269-6270
Email: mike.mclaughlin@alaska.gov

Attorney for Respondent Schmidt

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> SUPERINTENDENT, ) <br> JOE SCHMIDT ) <br> ) <br> Respondent. ) <br> ) | Case No. 3:04-cv-0142-JKS <br><br> NOTICE OF FILING RE-ALIGNED EXHIBITS |

Per this court's instructions, Exhibits 1, 2 and 3 of the Memorandum In Support of Motion to Dismiss (at docket 68), are hereby re-aligned and attached as exhibits to this document.

DATED June 3, 2008 , at Anchorage, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

<u>s/ Michael Sean McLaughlin</u>
 Assistant Attorney General
 State of Alaska, Dept. of Law
 Office of Special Prosecutions
  and Appeals
 310 K St., Suite 308
 Anchorage, Alaska 99501
 Telephone: (907) 269-6250
 Facsimile: (907) 269-6270
 e-mail: mike.mclaughlin@alaska.gov
 Alaska Bar. No. 8106036

**Certificate of Service**

I certify that on June 3, 2008, a copy of the foregoing Notice of Filing Re-Aligned Exhibits was served electronically on Mary C. Geddes.

 <u>s/ Michael Sean McLaughlin</u>