## In the Court of Appeals of the State of Alaska

| | |
|---|---|
| Russell Shetters,                    )<br>                                       )<br>                    Petitioner,    )<br>                                       )<br>         v.                           )<br>                                       )<br>State of Alaska,                    )<br>                                       )<br>                    Respondent.  )<br>_____ ) | Court of Appeals No. A-06476<br><br>**Order<br>for Extension**<br><br>Date of Order: 10/21/98 |

Trial Court Case # 3AN-96-05069CR

On consideration of the motion to extend time, filed 10/9/98,

IT IS ORDERED:

The motion is GRANTED. The petition for rehearing is now due on or before 11/2/98.

Entered by direction of an individual judge.

Clerk of the Appellate Courts

*/s/ Vance*

Deputy Clerk

Distribution:

Kenneth Rosenstein
OSPA
310 K Street #308
Anchorage AK 99501

James LaVecchia
Attorney at Law
1016 Second Street #1
Kenai AK 99611

Russell Shetters
Spring Creek Correctional Center
P.O. Box 5001
Seward AK 99664-5001

Order33.wpt

Exhibit 2
Page 1 of 1