# In the Court of Appeals of the State of Alaska

## Return of Record

To   Appeals Deputy Clerk  
       Superior Court

Date: 11/19/98

Re:  Russell Shetters v. State of Alaska  
      Trial Court Case # 3AN-96-05069CR  
      Court of Appeals No. A-06476

In accordance with Appellate Rule 512(a), I am returning the original record on appeal to the trial courts for permanent filing. The record being returned consists of the following:

| | |
|---|---|
| Volumes of record | 1 |
| Volumes of transcripts | 3 |
| Confidential envelopes | 1 |
| Volumes of depositions | 0 |
| Envelopes of exhibits | 0 |
| Other | |

Under Appellate Rules 507(b) and 512(a), jurisdiction of this case is returned to the trial courts effective **NOVEMBER 20, 1998**.

Upon receipt of the original record, please sign the acknowledgment below and return it to this office.

_____  
Deputy Clerk

Receipt of the original record is acknowledged by the superior court.

____11/25/98____        _____  
Date                                       Signature

Clerk at _____

Distribution:

James LaVecchia  
Attorney at Law  
1016 Second Street #1  
Kenai AK 99611

Kenneth Rosenstein  
OSPA  
310 K Street #308  
Anchorage AK 99501

Return.wpt

Exhibit 3  
Page 1 of 1