UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>  Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>  Respondent. | Case No. 3:04-cv-0142-TMB-JDR<br><br>**PROPOSED ORDER EXTENDING TIME TO FILE RESPONSE** |

After due consideration of defendant's Motion for Two Additional Weeks to File Response To Respondent's Motion to Dismiss Petition As Time-Barred, filed on shortened time, said motion is GRANTED.  Defendant shall have until July 15, 2008, within which to respond to respondent's motion to dismiss his petition.

DATED this ____ day of _____, 2008, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge