Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>                 Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>                 Respondent. | Case No. 3:04-cv-0142-TMB-JDR<br><br>**SECOND MOTION FOR TWO ADDITIONAL WEEKS TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS PETITION AS TIME-BARRED**<br>*Filed on Shortened Time* |

      Petitioner, Russell Shetters, III, by and through counsel Mary C. Geddes, Assistant Federal Defender, hereby files this second motion to allow petitioner an additional two weeks to respond to respondent's motion to dismiss his petition.  The response is due today, July 15, 2008. Respondent argues that Mr. Shetters' petition is out of time by either 55 or 13 days.  Respondent's counsel, Michael McLaughlin, is assisting Ms. Geddes in the location of the needed correctional records.

      Counsel for Mr. Shetters does require additional time to respond to the motion because her defense requires the review of Department of Correction records for Mr. Shetters

during the past several years, and an apparently related civil lawsuit. Her investigation could not be resolved in two weeks because of the press of other business and the vacation leave of her administrative staff.

DATED this 15th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on July 15, 2008, a copy of the foregoing document, with attachments, was served electronically on:

Michael Sean McLaughlin, Esq.

/s/ Mary C. Geddes