UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>                    Petitioner,<br><br>       vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>                    Respondent. | Case No. 3:04-cv-0142-TMB-JDR<br><br>**ORDER EXTENDING TIME TO FILE RESPONSE** |

After due consideration of defendant's Motion for Two Additional Weeks to File Response To Respondent's Motion to Dismiss Petition As Time-Barred, filed on shortened time, said motion is GRANTED.  Defendant shall have until July 29, 2008, within which to respond to respondent's motion to dismiss his petition.  Respondent's reply, if any, shall be due August 15, 2008.

DATED this 15th day of July, 2008, in Anchorage, Alaska.

/s/ John D. Roberts
John D. Roberts
United States Magistrate Judge