UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>　　　　　Respondent. | Case No. 3:04-cv-0142-TMB-JDR<br><br>**PROPOSED ORDER EXTENDING TIME TO FILE RESPONSE** |

　　　　After due consideration of defendant's Motion for Two Additional Weeks to File Response To Respondent's Motion to Dismiss Petition As Time-Barred, filed on shortened time, said motion is GRANTED. Defendant shall have until August 12, 2008, within which to respond to respondent's motion to dismiss his petition.

　　　　DATED this ____ day of _____, 2008, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　John D. Roberts
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge