UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| RUSSELL SHETTERS III,<br><br>    Petitioner,<br><br>vs.<br><br>SUPERINTENDENT JOE SCHMIDT,<br><br>    Respondent. | Case No. 3:04-cv-0142-TMB-JDR<br><br>**PROPOSED ORDER EXTENDING<br>TIME TO FILE RESPONSE** |

    After due consideration of defendant's Motion for Additional Time to File Response To Respondent's Motion to Dismiss Petition As Time-Barred, filed on shortened time and *nunc pro tunc*, said motion is GRANTED.  Defendant shall have until September 13, 2008, within which to respond to respondent's motion to dismiss his petition.

    DATED this ____ day of _____, 2008, in Anchorage, Alaska.

                     _____
                       John D. Roberts
                     United States Magistrate Judge