```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A03-0255--CV (JWS)
                          "RUSSELL SHETTERS III V ZEE HYDEN ET AL"

                   Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  PSLC
             Filed: 10/31/03
            Closed: 11/07/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

     Nature of Suit: (530) Habeas Corpus: General
                     28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $5.00 on 10/31/03 receipt # 00121736
          Trial by:


Parties of Record:                                      Counsel of Record:

PLF 1.1           SHETTERS, RUSSELL III                   Russell L. Shetters III
                                                          Pro Per: OB# 71403
                                                          Anchorage Jail
                                                          1400 E. 4th Avenue
                                                          Anchorage, AK 99550-1


DEF 1.1           HYDEN, ZEE                              Douglas H. Kossler
                                                          Attorney General's Office
                                                          310 K Street, Suite 308
                                                          Anchorage, AK 99501
                                                          907-269-6250
                                                          FAX 907-269-6270

DEF 2.1           MARTIN, TOM                             Douglas H. Kossler
                                                          (see above)

DEF 3.1           COOPER, WILLIAM                         Douglas H. Kossler
                                                          (see above)

DEF 4.1           STOLEWORTHY, MR.                        Douglas H. Kossler
                                                          (see above)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0255--CV (JWS)
                              "RUSSELL SHETTERS III V ZEE HYDEN ET AL"

                                        For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  PSLC
             Filed: 10/31/03
            Closed: 11/07/03

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (530) Habeas Corpus: General
                    28:2254
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $5.00 on 10/31/03 receipt # 00121736
          Trial by:


Document #   Filed      Docket text

     1 -  1  10/31/03   PLF 1 Petition for Writ of H/C per 28:2254 w/exhs.

     2 -  1  11/07/03   JWS Order dismissing pet for H/C w/o prej to timely refiling after
                        exhaustion at state crt level. cc: cnsl, PSLC

     3 -  1  11/07/03   JWS Judgment that action dism w/o prej. cc: cnsl, O&J 11611, PSLC
```

ACRS: R_VDSDX                As of 02/07/06 at 12:14 PM by NON-NET                            Page 1

Exhibit A - Page 2 of 2